UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARK MITCHELL and wife )
VAKITA MITCHELL )
 )
 )
v. ) Case No. 3:06-cv-2099
 )
CHASE HOME FINANCE, LLC )

## AFFIDAVIT OF BUSINESS RECORDS

STATE OF TEXAS §
COUNTY OF DALLAS §

Before me, the undersigned authority, personally appeared __Tom Powers__, who, being by me duly sworn, did depose and say as follows:

"My name is __Tom Powers__. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am a custodian of records of **Thomas Powers, Chapter 13 Trustee**. I am responsible for ensuring that **Thomas Powers, Chapter 13 Trustee** maintains accurate and complete records of its regularly conducted activities.

"Attached hereto are __2__ pages of records from **Thomas Powers, Chapter 13 Trustee**. These __2__ pages were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept by **Thomas Powers, Chapter 13 Trustee** in the regular course of business, and were made by the regularly conducted activity as a regular practice. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the __8th__ day of __January__, 20__08__.

_____
Notary Public, State of Texas

KIMBERLY MARIE NAVARRO
Notary Public, State of Texas
My Commission Expires
February 03, 2008

```
02-37403 MARK MITCHELL & VAKITA MITCHELL                          Term: TG1-FINCHER
================================================================================
D a t e        Code Creditor/Desc  ID  Cred   Clm    Receipt    Payment    Chk/Src
Feb 28, 2003   PCCR B-*CHASE MANH  T99 320823 0005                946.23   5288709
Aug 19, 2003   APDP B-*CHASE MANH  TAA 320823 0005                946.23-  5288709
Aug 19, 2003   APDP B-*CHASE MANH  TAA 320823 0005                 69.87   5288709
Aug 19, 2003   APDI B-*CHASE MANH  TAA 320823 0005                876.36   5288709
Nov 21, 2003   CR   B-*CHASE MANH  T99 320823 0005                879.87   5326691
Nov 21, 2003   INT  B-*CHASE MANH  T99 320823 0005              1,025.03   5326691
Dec 15, 2003   CANP B-*CHASE MANH  TD6 320823 0005                879.87-  5326691
Dec 15, 2003   CANI B-*CHASE MANH  TD6 320823 0005              1,025.03-  5326691
Dec 15, 2003   RPCR B-CHASE MANHA  T97 551535 0005                879.87   0024471
Dec 15, 2003   RINT B-CHASE MANHA  T97 551535 0005              1,025.03   0024471
Jan 23, 2004   CR   B-CHASE MANHA  T99 551535 0005              2,619.82   5334895
Jan 23, 2004   INT  B-CHASE MANHA  T99 551535 0005                138.37   5334895
Feb 27, 2004   CR   B-CHASE MANHA  T99 551535 0005                225.94   5339214
Feb 27, 2004   INT  B-CHASE MANHA  T99 551535 0005                118.26   5339214
Apr 23, 2004   CR   B-CHASE MANHA  T99 551535 0005                457.09   5348073
Apr 23, 2004   INT  B-CHASE MANHA  T99 551535 0005                233.06   5348073
May 28, 2004   CR   B-CHASE MANHA  T99 551535 0005                575.38   5352312
May 28, 2004   INT  B-CHASE MANHA  T99 551535 0005                113.02   5352312
Jun 25, 2004   CR   B-CHASE MANHA  T99 551535 0005                579.79   5356879
Jun 25, 2004   INT  B-CHASE MANHA  T99 551535 0005                108.61   5356879
Jul 23, 2004   CR   B-CHASE MANHA  T99 551535 0005                584.24   5361268
Jul 23, 2004   INT  B-CHASE MANHA  T99 551535 0005                104.16   5361268
Aug 27, 2004   CR   B-CHASE MANHA  T99 551535 0005                588.73   5365649
Aug 27, 2004   INT  B-CHASE MANHA  T99 551535 0005                 99.67   5365649
Sep 24, 2004   CR   B-CHASE MANHA  T99 551535 0005                593.25   5370415
Sep 24, 2004   INT  B-CHASE MANHA  T99 551535 0005                 95.15   5370415
Feb 25, 2005   CR   B-CHASE MANHA  T99 551535 0005                253.60   5392193
Feb 25, 2005   INT  B-CHASE MANHA  T99 551535 0005                 90.60   5392193
Mar 25, 2005   CR   B-CHASE MANHA  T99 551535 0005                255.55   5396543
Mar 25, 2005   INT  B-CHASE MANHA  T99 551535 0005                 88.65   5396543
Apr 22, 2005   CR   B-CHASE MANHA  T99 551535 0005                601.71   5400898
Apr 22, 2005   INT  B-CHASE MANHA  T99 551535 0005                 86.69   5400898
May 27, 2005   CR   B-CHASE MANHA  T99 551535 0005                262.12   5405210
May 27, 2005   INT  B-CHASE MANHA  T99 551535 0005                 82.08   5405210
Jun 24, 2005   CR   B-CHASE MANHA  T99 551535 0005                264.14   5409843
Jun 24, 2005   INT  B-CHASE MANHA  T99 551535 0005                 80.06   5409843
Jul 22, 2005   CR   B-CHASE MANHA  T99 551535 0005                266.16   5414220
Jul 22, 2005   INT  B-CHASE MANHA  T99 551535 0005                 78.04   5414220
Aug 26, 2005   CR   B-CHASE MANHA  T99 551535 0005                268.21   5418705
Aug 26, 2005   INT  B-CHASE MANHA  T99 551535 0005                 75.99   5418705
Sep 16, 2005   CR   B-CHASE MANHA  T99 551535 0005                270.27   5423273
Sep 16, 2005   INT  B-CHASE MANHA  T99 551535 0005                 73.93   5423273
Oct 21, 2005   CR   B-CHASE MANHA  T99 551535 0005                272.34   5427310
Oct 21, 2005   INT  B-CHASE MANHA  T99 551535 0005                 71.86   5427310
Nov 18, 2005   CR   B-CHASE MANHA  T99 551535 0005                274.43   5432020
Nov 18, 2005   INT  B-CHASE MANHA  T99 551535 0005                 69.77   5432020
Dec 16, 2005   CR   B-CHASE MANHA  T99 551535 0005                276.54   5436246
Dec 16, 2005   INT  B-CHASE MANHA  T99 551535 0005                 67.66   5436246
Jan 27, 2006   CR   B-CHASE MANHA  T99 551535 0005                622.86   5440732
Jan 27, 2006   INT  B-CHASE MANHA  T99 551535 0005                 65.54   5440732
Feb 24, 2006   CR   B-CHASE MANHA  T99 551535 0005                283.44   5445682
Feb 24, 2006   INT  B-CHASE MANHA  T99 551535 0005                 60.76   5445682
Mar 24, 2006   CR   B-CHASE MANHA  T99 551535 0005                285.61   5450364
Mar 24, 2006   INT  B-CHASE MANHA  T99 551535 0005                 58.59   5450364
Apr 28, 2006   CR   B-CHASE MANHA  T99 551535 0005                632.01   5454875
Apr 28, 2006   INT  B-CHASE MANHA  T99 551535 0005                 56.39   5454875
```

```
May 26, 2006 CR   B-CHASE MANHA T99 551535 0005              292.66  5459444
May 26, 2006 INT  B-CHASE MANHA T99 551535 0005               51.54  5459444
Jun 23, 2006 CR   B-CHASE MANHA T99 551535 0005              294.90  5463840
Jun 23, 2006 INT  B-CHASE MANHA T99 551535 0005               49.30  5463840
Jul 28, 2006 CR   B-CHASE MANHA T99 551535 0005              297.17  5468222
Jul 28, 2006 INT  B-CHASE MANHA T99 551535 0005               47.03  5468222
Aug 25, 2006 CR   B-CHASE MANHA T99 551535 0005            1,236.08  5472787
Aug 25, 2006 INT  B-CHASE MANHA T99 551535 0005               44.75  5472787
Sep 22, 2006 CR   B-CHASE MANHA T99 551535 0005            1,858.44  5477079
Sep 22, 2006 INT  B-CHASE MANHA T99 551535 0005               35.27  5477079
```